CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 22 2016

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| STANLEY EDWARD JAMISON, ) | Civil Action No. 7:15-cv-00098 | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| T. TAYLOR, et al., ) | By: | Hon. Michael F. Urbanski |
| Defendants. ) | | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that defendants' motion for summary judgment is **DENIED**; Lt. Keith Martin is **SUBSTITUTED** for defendant John Doe; and counsel for defendants **SHALL** inform the court within ten days whether he will enter an appearance for Lt. Keith Martin.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 22nd day of February, 2016.

/s/ Michael F. Urbanski
United States District Judge